McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 1:05-cr-00235 AWI |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| KIRK THOMAS SMELTZER, | ) | |
| Defendant. | ) | |

    The parties herein, through their respective counsel, hereby agree and stipulate that the above-named defendant's change of plea hearing set for October 3, 2005 at 9:00 a.m. be continued to November 21, 2005 at 9:00 a.m.

    This continuance is requested by the parties in order for both counsel for the government and defense counsel to effectively prepare by finalizing a plea agreement in the case and for defense counsel to consult with his client before the execution of said plea agreement.  The parties respectfully request that the Court

//

//

grant an exclusion of time under the Speedy Trial Act from October 3, 2005 to November 21, 2005, pursuant to 18 U.S.C. § 3161 (8)(A) and (B)(iv).

DATED: September 28, 2005        McGREGOR W. SCOTT
                                 United States Attorney

                                 By /s/ Marlon Cobar


                                  MARLON COBAR
                                 Assistant U.S. Attorney



                                 /s/   Eric H. Schweitzer

DATED: September 28, 2005        _____
                                 ERIC H. SCHWEITZER
                                 Attorney for Defendant
                                 KIRK THOMAS SMELTZER

**ORDER**

IT IS HEREBY ORDERED THAT the above-named defendant's change of plea hearing set for October 3, 2005 at 9:00 a.m. be continued to November 21, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (8)(A)and (B)(iv), time under the Speedy Trial Act be excluded from October 3, 2005 to November 21, 2005. The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that denying this exclusion would unreasonably deny the government and the defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

**Dated:   September 30, 2005**            /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

3