```
McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 1:05-cr-00235 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| KIRK THOMAS SMELTZER, | ) | |
| | ) | |
| Defendant. | ) | |

    The parties herein, through their respective counsel, hereby agree and stipulate that the above-named defendant's change of plea hearing set for November 21, 2005 at 9:00 a.m. be continued to December 12, 2005 at 9:00 a.m.

    This final continuance is requested by the parties in order for both counsel for the government and defense counsel to effectively prepare by finalizing a plea agreement in the case and for defense counsel to consult with his client before the execution of said plea agreement.  The parties respectfully

//

//

1  request that the Court grant an exclusion of time under the Speedy
2  Trial Act from November 21, 2005 to December 12, 2005, pursuant to
3  18 U.S.C. § 3161 (8)(A) and (B)(iv).

DATED: November 17, 2005          McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/ Marlon Cobar


                                   MARLON COBAR
                                  Assistant U.S. Attorney



                                  /s/   Eric H. Schweitzer

DATED: November 17, 2005          _____
                                  ERIC H. SCHWEITZER
                                  Attorney for Defendant
                                  KIRK THOMAS SMELTZER

**ORDER**

IT IS HEREBY ORDERED THAT the above-named defendant's change of plea hearing set for November 21, 2005 at 9:00 a.m. be continued to December 12, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (8)(A)and (B)(iv), time under the Speedy Trial Act be excluded from November 21, 2005 to December 12, 2005.  The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial.  The Court further finds that denying this exclusion would unreasonably deny the government and the defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

**Dated:   November 18, 2005**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

3