PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.        )<br>)<br>KIRK THOMAS SMELTZER    )<br>) | Docket Number: 1:05CR00235-01 AWI |

On February 27, 2006, the above-named was placed on probation for a period of 1 year. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:   August 16, 2006
         Fresno, California

**REVIEWED BY:**   /s/ Bruce A. Vasquez
                  **Bruce A. Vasquez
                  Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   SMELTZER, Kirk Thomas**
      **Docket Number:   1:05CR00235-01 AWI**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   September 1, 2006**                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE